**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.~

★ JUL 0 6 2012 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SNEZANA STANKOVIC,

                    Plaintiff,

    -against-

DAVID M. FRANKEL, City of New York,
Dept. of Finance Commissioner,

                    Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
SNEZANA STANKOVIC,

                    Plaintiff,

    -against-

MATHEW M. WAMBUA, Commissioner of
NYC Dept of HUD,

                    Defendant.
-------------------------------------------------------X

## CIVIL JUDGMENT

**12 CV 3215 (WFK) (RER)**

**12 CV 3216 (WFK) (RER)**

    Pursuant to the Court's Memorandum and Order issued on _July 6, 2012_ dismissing these two civil actions, it is

    **ORDERED, ADJUDGED AND DECREED:**  That these two complaints are hereby dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3), and for failure to state a claim. 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of an appeal.

Dated: Brooklyn, New York
      July _6_ , 2012

                        William F. Kuntz, II
                        United States District Judge